UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MANUEL ALMODOVAR, | |
|---|---|
| Petitioner, | No. 09-CV-8533 (LAP) |
| -against- | No. 20-cv-1859 (LAP) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

LORETTA A. PRESKA, Senior United States District Judge:

    On January 31, 2020, this Court ordered that Mr. Almodovar file any successive § 2255 motion on or before April 1, 2020. No such petition has been filed to date. Accordingly, this action is dismissed without prejudice. The Clerk of the Court is directed to close the related 20-cv-1859 action.

**SO ORDERED.**

Dated:   December 10, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1